# PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT - WDTX

CASE SEALED: ___   UNSEALED: ___

DIVISION: SAN ANTONIO                                CASE NO: _____

USAO#: 2012R            COUNTY: BEXAR

DATE: 11 May 2012      MAG.CT.#: 5:12-MJ-1255        FBI #: _____

ASSISTANT U.S. ATTORNEY: (Special) Anna E. Virdell   DEF. D.O.B.:

DEFENDANT: Michael Sneed                              DEF. SSN:

DEFENDANT'S A/K/A'S:

                                                      MALE: X   FEMALE: _
DEFENDANT'S ADDRESS:

CITIZENSHIP:   United States: X     Mexican: ___      Other: _____

INTERPRETER NEEDED:   YES: ___      NO: X            Language: English

DEFENSE ATTORNEY'S NAME: _____
                        Employed: ___   Appointed: ___

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT: In Jail: ___   Where: _____   Writ Attached: NO
           On Bond: ___   Amount of Bond: _____
           Recommendation: _____
           Bond in the amount of $ _____

TO BE ARRESTED: ___    DATE OF ARREST: _____    BENCH WARRANT NEEDED: ___

PROBATION OFFICER: _____    NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:     ___ INDICTMENT     X  INFORMATION     ___ OTHER

OFFENSE: (Code & Description) Count One - 21 U.S.C. Section 844(a)-Possession of a controlled substance

OFFENSE IS:  FELONY ___    CLASS A MISDEMEANOR X    CLASS B/C PETTY OFFENSE X

MAXIMUM SENTENCE (Each Count): Count One - Class A misdemeanor - 1 year, minimum fine of $1,000, plus mandatory $25 Special assessment

MANDATORY PENALTY:  Yes: X    No: ___   As to special assessment only.

REMARKS: CASE AGENT NAME / AGENCY:
MPR 20120500099

Rev. 03/2012