UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

2012 DEC 21 AM 8: 17

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | 5:12-MJ-1255 |
| Plaintiff | ) | INFORMATION |
| | ) | Count One –Title 21 U.S.C. Section 844(a), |
| V. | ) | Possession of a Controlled Substance; - |
| | ) | |
| MICHAEL SNEED, | ) | |
| | ) | |
| Defendant | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[21 U.S.C. Section 844(a)]

On or about May 11, 2012, at JBSA-Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

MICHAEL SNEED,

did knowingly and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

Respectfully submitted,

ROBERT PITMAN
United States Attorney

BETTINA J. RICHARDSON
Assistant United States Attorney

*Anna E. Virdell*

By: ANNA E. VIRDELL
Special Assistant United States Attorney
502 MSG Legal Office
2271 Reynolds Road
JBSA-Fort Sam Houston TX 78234
808-0114, fax 808-0164
TX Bar 2407591
WI Bar 1054880